**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MCNISH, MICHAEL J.<br>         MCNISH, ROBYN M.<br><br>Debtor(s) | § Case No. 15-81974<br>§<br>§<br>§ |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 31, 2015. The undersigned trustee was appointed on November 25, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          5,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 40.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]        $ | 4,960.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/03/2016 and the deadline for filing governmental claims was 03/03/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,250.00, for a total compensation of $1,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/19/2016           By: /s/JAMES E. STEVENS
                           Trustee, Bar No.: 3128256

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-81974  
**Case Name:** MCNISH, MICHAEL J.  
MCNISH, ROBYN M.  
**Period Ending:** 04/19/16

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/31/15 (f)  
**§341(a) Meeting Date:** 08/27/15  
**Claims Bar Date:** 03/03/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5715-5717 Weatherstone Way, Johnsburg, IL | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account McHenry Savings Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Savings Account McHenry Savings Bank in banks, s | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Landlord Security Deposit companies, landlords, | 4,000.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous household furnishings. audio, vide<br>    Value and exemption changed per Amended Schedules B and C filed 11/20/15. | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous books and pictures. stamp, coin, r | 10.00 | 0.00 | | 0.00 | FA |
| 8 | Necessary wearing apparel. | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous hobby equipment. and other hobby e | 50.00 | 0.00 | | 0.00 | FA |
| 10 | State Tuition Plan | 20,000.00 | 0.00 | | 0.00 | FA |
| 11 | State Tuition Plan | 20,000.00 | 0.00 | | 0.00 | FA |
| 12 | 401(k)/IRA at Fidelity | 100,000.00 | 0.00 | | 0.00 | FA |
| 13 | Simple IRA | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 | Simple IRA | 5,000.00 | 0.00 | | 0.00 | FA |
| 15 | Union Carpenters Pension Local #250 | 1.00 | 0.00 | | 0.00 | FA |
| 16 | Active Foam 100% (no longer in business) | 1.00 | 0.00 | | 0.00 | FA |
| 17 | Aero Contractors 100% (no longer in business). I | 1.00 | 0.00 | | 0.00 | FA |
| 18 | 1995 Pontiac G6 | 800.00 | 0.00 | | 0.00 | FA |
| 19 | 2004 GMC Yukon | 1,000.00 | 0.00 | | 0.00 | FA |
| 20 | 2004 Saturn Vue | 1,000.00 | 0.00 | | 0.00 | FA |
| 21 | 2014 tax return  (u)<br>    See Order to Compromise Controversy entered 1/13/16. | 8,503.00 | 5,652.00 | | 5,000.00 | FA |
| 21 | **Assets   Totals** (Excluding unknown values) | **$317,766.00** | **$5,652.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-81974
**Case Name:** MCNISH, MICHAEL J.
MCNISH, ROBYN M.
**Period Ending:** 04/19/16

**Trustee:** (330420)   JAMES E. STEVENS
**Filed (f) or Converted (c):** 07/31/15 (f)
**§341(a) Meeting Date:** 08/27/15
**Claims Bar Date:** 03/03/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   March 3, 2016       **Current Projected Date Of Final Report (TFR):**   April 19, 2016  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-81974 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | MCNISH, MICHAEL J. | | Bank Name: | Rabobank, N.A. |
| | MCNISH, ROBYN M. | | Account: | ******9066 - Checking Account |
| Taxpayer ID #: | **-***3807 | | Blanket Bond: | $780,000.00  (per case limit) |
| Period Ending: | 04/19/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/22/15 | {21} | Michael and Robyn McNish | tax refund | 1224-000 | 5,000.00 | | 5,000.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,960.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 40.00 | $4,960.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 40.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $5,000.00 | $40.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******9066** | 5,000.00 | 40.00 | 4,960.00 |
| | $5,000.00 | $40.00 | $4,960.00 |

{} Asset reference(s)

Printed: 04/19/2016 06:07 PM    V.13.25

Printed: 04/19/16 06:07 PM     **Exhibit C**     Page: 1

**Case: 15-81974  MCNISH, MICHAEL J.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 07/31/15 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 1,782.00 | 1,782.00 | 0.00 | 1,782.00 | 1,782.00 |
| | 07/31/15 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation> | 1,250.00 | 1,250.00 | 0.00 | 1,250.00 | 1,250.00 |
| | | | **Total for Priority 200:   100% Paid** | **$3,032.00** | **$3,032.00** | **$0.00** | **$3,032.00** | **$3,032.00** |
| | | | **Total for Admin Ch. 7 Claims:** | **$3,032.00** | **$3,032.00** | **$0.00** | **$3,032.00** | **$3,032.00** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 09/08/15 | 610 | Hibu Inc f/k/a Yellowbook Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 361345<br>Columbus, OH 43236<br><7100-00   General Unsecured § 726(a)(2)> | 2,715.04 | 2,715.04 | 0.00 | 2,715.04 | 11.03 |
| 2 | 12/07/15 | 610 | Navient Solutions, Inc<br>PO BOX13611<br>Philadelphia, PA 19101-3611<br><7100-00   General Unsecured § 726(a)(2)> | 2,242.44 | 2,242.44 | 0.00 | 2,242.44 | 9.11 |
| 3 | 12/07/15 | 610 | Navient Solutions, Inc<br>PO BOX 13611<br>Philadelphia, PA 19101-3611<br><7100-00   General Unsecured § 726(a)(2)> | 8,546.21 | 8,546.21 | 0.00 | 8,546.21 | 34.71 |
| 4 | 12/08/15 | 610 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 9,213.23 | 9,213.23 | 0.00 | 9,213.23 | 37.42 |
| 5 | 12/14/15 | 610 | sallie mae<br>PO Box 3319<br>wilmington, DE 19804<br><7100-00   General Unsecured § 726(a)(2)> | 6,229.22 | 6,229.22 | 0.00 | 6,229.22 | 25.30 |
| 6 | 12/21/15 | 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)> | 9,185.66 | 9,185.66 | 0.00 | 9,185.66 | 37.31 |

Printed: 04/19/16 06:07 PM  **Exhibit C**  Page: 2

## Case: 15-81974  MCNISH, MICHAEL J.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 7 | 12/23/15 | 610 | Fifth Third Bank<br>1830 East Paris SE MS #RSCB3E<br>Grand Rapids, MI 49546<br><7100-00  General Unsecured § 726(a)(2)> | 1,207.71 | 1,207.71 | 0.00 | 1,207.71 | 4.90 |
| 8 | 12/23/15 | 610 | Fifth Third Bank<br>1830 East Paris SE MS #RSCB3E<br>Grand Rapids, MI 49546<br><7100-00  General Unsecured § 726(a)(2)> | 27,554.49 | 27,554.49 | 0.00 | 27,554.49 | 111.91 |
| 9 | 12/28/15 | 610 | Fifth Third Bank<br>1830 East Paris SE MS #RSCB3E<br>Grand Rapids, MI 49546<br><7100-00  General Unsecured § 726(a)(2)> | 22,004.14 | 22,004.14 | 0.00 | 22,004.14 | 89.37 |
| 10 | 12/30/15 | 610 | Navient Solutions, Inc.<br>Department of Education<br>P.O. Box 740351<br>Atlanta, GA 30374-0351<br><7100-00  General Unsecured § 726(a)(2)> | 20,172.20 | 20,172.20 | 0.00 | 20,172.20 | 81.93 |
| 11 | 12/30/15 | 610 | BMO Harris Bank, N.A.<br>Bayview Loan Servicing c/o Joseph Majer<br>4425 Ponce de Leon Blvd., 5th Floor<br>Coral Gables, FL 33146<br><7100-00  General Unsecured § 726(a)(2)> | 273,692.45 | 273,692.45 | 0.00 | 273,692.45 | 1,111.56 |
| 12 | 02/19/16 | 610 | Citizens Bank NA<br>Charles Koutsogiane AVP<br>One Citizens Dr. Managed Assets ROP30B<br>Riverside, RI 02915<br><7100-00  General Unsecured § 726(a)(2)> | 62,410.23 | 62,410.23 | 0.00 | 62,410.23 | 253.47 |
| 13 | 02/27/16 | 610 | CENTEGRA HOSPITAL<br>C/O H AND R ACCOUNTS INC<br>PO BOX 672<br>MOLINE, IL 61265<br><7100-00  General Unsecured § 726(a)(2)> | 1,453.95 | 1,453.95 | 0.00 | 1,453.95 | 5.91 |
| 14 | 03/01/16 | 610 | FIRST NATIONAL BANK OF OMAHA<br>Brumbaugh and Quandahl, P.C.<br>4885 South 118th Street, Suite 100<br>OMAHA, NE 68137<br><7100-00  General Unsecured § 726(a)(2)> | 2,289.11 | 2,289.11 | 0.00 | 2,289.11 | 9.30 |
| 15 | 03/01/16 | 610 | FIRST NATIONAL BANK OF OMAHA<br>Brumbaugh and Quandahl, P.C.<br>4885 South 118th Street, Suite 100<br>OMAHA, NE 68137<br><7100-00  General Unsecured § 726(a)(2)> | 1,423.07 | 1,423.07 | 0.00 | 1,423.07 | 5.78 |
| 16 | 03/01/16 | 610 | FIRST NATIONAL BANK OF OMAHA<br>Brumbaugh and Quandahl, P.C.<br>4885 South 118th Street, Suite 100<br>OMAHA, NE 68137<br><7100-00  General Unsecured § 726(a)(2)> | 3,294.57 | 3,294.57 | 0.00 | 3,294.57 | 13.38 |

Printed: 04/19/16 06:07 PM                    **Exhibit C**                         Page: 3

## Case: 15-81974    MCNISH, MICHAEL J.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 17 | 03/01/16 | 610 | FIRST NATIONAL BANK OF OMAHA<br>Brumbaugh and Quandahl, P.C.<br>4885 South 118th Street, Suite 100<br>OMAHA, NE 68137<br><7100-00   General Unsecured § 726(a)(2)> | 7,770.18 | 7,770.18 | 0.00 | 7,770.18 | 31.56 |
| 18 | 03/01/16 | 610 | FIRST NATIONAL BANK OF OMAHA<br>Brumbaugh and Quandahl, P.C.<br>4885 South 118th Street, Suite 100<br>OMAHA, NE 68137<br><7100-00   General Unsecured § 726(a)(2)> | 13,307.44 | 13,307.44 | 0.00 | 13,307.44 | 54.05 |
| | | | **Total for Priority 610:   0.40614% Paid** | **$474,711.34** | **$474,711.34** | **$0.00** | **$474,711.34** | **$1,928.00** |
| | | | **Total for Unsecured Claims:** | **$474,711.34** | **$474,711.34** | **$0.00** | **$474,711.34** | **$1,928.00** |
| | | | **Total for Case :** | **$477,743.34** | **$477,743.34** | **$0.00** | **$477,743.34** | **$4,960.00** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-81974
Case Name: MCNISH, MICHAEL J.
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 4,960.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,960.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,782.00 | 0.00 | 1,782.00 |

Total to be paid for chapter 7 administration expenses: $ 3,032.00
Remaining balance: $ 1,928.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,928.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 1,928.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 474,711.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Hibu Inc f/k/a Yellowbook Inc | 2,715.04 | 0.00 | 11.03 |
| 2 | Navient Solutions, Inc | 2,242.44 | 0.00 | 9.11 |
| 3 | Navient Solutions, Inc | 8,546.21 | 0.00 | 34.71 |
| 4 | PYOD, LLC its successors and assigns as assignee | 9,213.23 | 0.00 | 37.42 |
| 5 | sallie mae | 6,229.22 | 0.00 | 25.30 |
| 6 | Capital One Bank (USA), N.A. | 9,185.66 | 0.00 | 37.31 |
| 7 | Fifth Third Bank | 1,207.71 | 0.00 | 4.90 |
| 8 | Fifth Third Bank | 27,554.49 | 0.00 | 111.91 |
| 9 | Fifth Third Bank | 22,004.14 | 0.00 | 89.37 |
| 10 | Navient Solutions, Inc. | 20,172.20 | 0.00 | 81.93 |
| 11 | BMO Harris Bank, N.A. | 273,692.45 | 0.00 | 1,111.56 |
| 12 | Citizens Bank NA | 62,410.23 | 0.00 | 253.47 |
| 13 | CENTEGRA HOSPITAL | 1,453.95 | 0.00 | 5.91 |
| 14 | FIRST NATIONAL BANK OF OMAHA | 2,289.11 | 0.00 | 9.30 |
| 15 | FIRST NATIONAL BANK OF OMAHA | 1,423.07 | 0.00 | 5.78 |
| 16 | FIRST NATIONAL BANK OF OMAHA | 3,294.57 | 0.00 | 13.38 |
| 17 | FIRST NATIONAL BANK OF OMAHA | 7,770.18 | 0.00 | 31.56 |
| 18 | FIRST NATIONAL BANK OF OMAHA | 13,307.44 | 0.00 | 54.05 |

|  | Total to be paid for timely general unsecured claims: | $ | 1,928.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**