# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: MCNISH, MICHAEL J. | § | Case No. 15-81974 |
| MCNISH, ROBYN M. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $309,263.00
*(without deducting any secured claims)*

Assets Exempt: $161,111.00

Total Distribution to Claimants:$1,928.00

Claims Discharged
Without Payment: $477,269.51

Total Expenses of Administration:$3,072.00

3)  Total gross receipts of $      5,000.00      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $         0.00      (see **Exhibit 2**), yielded net receipts of  $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $361,980.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,072.00 | 3,072.00 | 3,072.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,486.17 | 474,711.34 | 474,711.34 | 1,928.00 |
| **TOTAL DISBURSEMENTS** | $366,466.17 | $477,783.34 | $477,783.34 | $5,000.00 |

4)  This case was originally filed under Chapter 7 on July 31, 2015. The case was pending for 13 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/17/2016            By:  /s/JAMES E. STEVENS
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 tax return | 1224-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | $5,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BMO Harris Bank NA % Chuhak & Tecson P.C. | 4110-000 | 361,980.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $361,980.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,782.00 | 1,782.00 | 1,782.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,072.00 | $3,072.00 | $3,072.00 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Hibu Inc f/k/a Yellowbook Inc | 7100-000 | N/A | 2,715.04 | 2,715.04 | 11.03 |
| 2 | Navient Solutions, Inc | 7100-000 | N/A | 2,242.44 | 2,242.44 | 9.11 |
| 3 | Navient Solutions, Inc | 7100-000 | N/A | 8,546.21 | 8,546.21 | 34.71 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 9,213.23 | 9,213.23 | 37.42 |
| 5 | sallie mae | 7100-000 | N/A | 6,229.22 | 6,229.22 | 25.30 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 9,185.66 | 9,185.66 | 37.31 |
| 7 | Fifth Third Bank | 7100-000 | N/A | 1,207.71 | 1,207.71 | 4.90 |
| 8 | Fifth Third Bank | 7100-000 | N/A | 27,554.49 | 27,554.49 | 111.91 |
| 9 | Fifth Third Bank | 7100-000 | N/A | 22,004.14 | 22,004.14 | 89.37 |
| 10 | Navient Solutions, Inc. | 7100-000 | N/A | 20,172.20 | 20,172.20 | 81.93 |
| 11 | BMO Harris Bank, N.A. | 7100-000 | N/A | 273,692.45 | 273,692.45 | 1,111.56 |
| 12 | Citizens Bank NA | 7100-000 | N/A | 62,410.23 | 62,410.23 | 253.47 |
| 13 | CENTEGRA HOSPITAL | 7100-000 | N/A | 1,453.95 | 1,453.95 | 5.91 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | N/A | 2,289.11 | 2,289.11 | 9.30 |
| 15 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | N/A | 1,423.07 | 1,423.07 | 5.78 |
| 16 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | N/A | 3,294.57 | 3,294.57 | 13.38 |
| 17 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | N/A | 7,770.18 | 7,770.18 | 31.56 |
| 18 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | N/A | 13,307.44 | 13,307.44 | 54.05 |
| NOTFILED | Rosecrance, Inc. | 7100-000 | 4,486.17 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $4,486.17 | $474,711.34 | $474,711.34 | $1,928.00 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-81974 | **Trustee:** (330420) JAMES E. STEVENS |
| **Case Name:** MCNISH, MICHAEL J. | **Filed (f) or Converted (c):** 07/31/15 (f) |
| MCNISH, ROBYN M. | **§341(a) Meeting Date:** 08/27/15 |
| **Period Ending:** 08/17/16 | **Claims Bar Date:** 03/03/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1    5715-5717 Weatherstone Way, Johnsburg, IL | 150,000.00 | 0.00 | | 0.00 | FA |
| 2    Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3    Checking Account McHenry Savings Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 4    Savings Account McHenry Savings Bank in banks, s | 100.00 | 0.00 | | 0.00 | FA |
| 5    Landlord Security Deposit companies, landlords, | 4,000.00 | 0.00 | | 0.00 | FA |
| 6    Miscellaneous household furnishings. audio, vide<br>    Value and exemption changed per Amended<br>    Schedules B and C filed 11/20/15. | 1,000.00 | 0.00 | | 0.00 | FA |
| 7    Miscellaneous books and pictures. stamp, coin, r | 10.00 | 0.00 | | 0.00 | FA |
| 8    Necessary wearing apparel. | 250.00 | 0.00 | | 0.00 | FA |
| 9    Miscellaneous hobby equipment. and other hobby e | 50.00 | 0.00 | | 0.00 | FA |
| 10    State Tuition Plan | 20,000.00 | 0.00 | | 0.00 | FA |
| 11    State Tuition Plan | 20,000.00 | 0.00 | | 0.00 | FA |
| 12    401(k)/IRA at Fidelity | 100,000.00 | 0.00 | | 0.00 | FA |
| 13    Simple IRA | 5,000.00 | 0.00 | | 0.00 | FA |
| 14    Simple IRA | 5,000.00 | 0.00 | | 0.00 | FA |
| 15    Union Carpenters Pension Local #250 | 1.00 | 0.00 | | 0.00 | FA |
| 16    Active Foam 100% (no longer in business) | 1.00 | 0.00 | | 0.00 | FA |
| 17    Aero Contractors 100% (no longer in business). I | 1.00 | 0.00 | | 0.00 | FA |
| 18    1995 Pontiac G6 | 800.00 | 0.00 | | 0.00 | FA |
| 19    2004 GMC Yukon | 1,000.00 | 0.00 | | 0.00 | FA |
| 20    2004 Saturn Vue | 1,000.00 | 0.00 | | 0.00 | FA |
| 21    2014 tax return  (u)<br>    See Order to Compromise Controversy entered<br>    1/13/16. | 8,503.00 | 5,652.00 | | 5,000.00 | FA |
| **21    Assets    Totals** (Excluding unknown values) | **$317,766.00** | **$5,652.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-81974 | **Trustee:** (330420)    JAMES E. STEVENS |
| **Case Name:** MCNISH, MICHAEL J. | **Filed (f) or Converted (c):** 07/31/15 (f) |
| MCNISH, ROBYN M. | **§341(a) Meeting Date:** 08/27/15 |
| **Period Ending:** 08/17/16 | **Claims Bar Date:** 03/03/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    March 3, 2016          Current Projected Date Of Final Report (TFR):    April 19, 2016  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 15-81974 | |
| **Case Name:** | MCNISH, MICHAEL J. | |
| | MCNISH, ROBYN M. | |
| **Taxpayer ID #:** | **-***3807 | |
| **Period Ending:** | 08/17/16 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9066 - Checking Account |
| **Blanket Bond:** | $6,620,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/22/15 | {21} | Michael and Robyn McNish | tax refund | 1224-000 | 5,000.00 | | 5,000.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,960.00 |
| 05/19/16 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,782.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,782.00 | 3,178.00 |
| 05/19/16 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 1,250.00 | 1,928.00 |
| 05/19/16 | 103 | Hibu Inc f/k/a Yellowbook Inc | Dividend paid  0.40% on $2,715.04; Claim# 1; Filed: $2,715.04; Reference: | 7100-000 | | 11.03 | 1,916.97 |
| 05/19/16 | 104 | Navient Solutions, Inc | Dividend paid  0.40% on $2,242.44; Claim# 2; Filed: $2,242.44; Reference: | 7100-000 | | 9.11 | 1,907.86 |
| 05/19/16 | 105 | Navient Solutions, Inc | Dividend paid  0.40% on $8,546.21; Claim# 3; Filed: $8,546.21; Reference: | 7100-000 | | 34.71 | 1,873.15 |
| 05/19/16 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid  0.40% on $9,213.23; Claim# 4; Filed: $9,213.23; Reference: | 7100-000 | | 37.42 | 1,835.73 |
| 05/19/16 | 107 | sallie mae | Dividend paid  0.40% on $6,229.22; Claim# 5; Filed: $6,229.22; Reference: | 7100-000 | | 25.30 | 1,810.43 |
| 05/19/16 | 108 | Capital One Bank (USA), N.A. | Dividend paid  0.40% on $9,185.66; Claim# 6; Filed: $9,185.66; Reference: | 7100-000 | | 37.31 | 1,773.12 |
| 05/19/16 | 109 | Navient Solutions, Inc. | Dividend paid  0.40% on $20,172.20; Claim# 10; Filed: $20,172.20; Reference: | 7100-000 | | 81.93 | 1,691.19 |
| 05/19/16 | 110 | BMO Harris Bank, N.A. | Dividend paid  0.40% on $273,692.45; Claim# 11; Filed: $273,692.45; Reference: | 7100-000 | | 1,111.56 | 579.63 |
| 05/19/16 | 111 | Citizens Bank NA | Dividend paid  0.40% on $62,410.23; Claim# 12; Filed: $62,410.23; Reference: | 7100-000 | | 253.47 | 326.16 |
| 05/19/16 | 112 | CENTEGRA HOSPITAL | Dividend paid  0.40% on $1,453.95; Claim# 13; Filed: $1,453.95; Reference: | 7100-000 | | 5.91 | 320.25 |
| 05/19/16 | 113 | Fifth Third Bank | Combined Check for Claims#7,8,9 | | | 206.18 | 114.07 |
| | | | Dividend paid  0.40% on          4.90 $1,207.71;  Claim# 7; Filed: $1,207.71 | 7100-000 | | | 114.07 |
| | | | Dividend paid  0.40% on       111.91 $27,554.49;  Claim# 8; Filed: $27,554.49 | 7100-000 | | | 114.07 |
| | | | Dividend paid  0.40% on        89.37 $22,004.14;  Claim# 9; | 7100-000 | | | 114.07 |

| | Subtotals : | $5,000.00 | $4,885.93 |
|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# **Form 2**

## **Cash Receipts And Disbursements Record**

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 15-81974 | |
| **Case Name:** | MCNISH, MICHAEL J. | |
| | MCNISH, ROBYN M. | |
| **Taxpayer ID #:** | **-***3807 | |
| **Period Ending:** | 08/17/16 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9066 - Checking Account |
| **Blanket Bond:** | $6,620,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $22,004.14 | | | | |
| 05/19/16 | 114 | FIRST NATIONAL BANK OF OMAHA | Combined Check for Claims#14,15,16,17,18 | | | 114.07 | 0.00 |
| | | | Dividend paid  0.40% on          9.30 $2,289.11;  Claim# 14; Filed: $2,289.11 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.40% on          5.78 $1,423.07;  Claim# 15; Filed: $1,423.07 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.40% on         13.38 $3,294.57;  Claim# 16; Filed: $3,294.57 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.40% on         31.56 $7,770.18;  Claim# 17; Filed: $7,770.18 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.40% on         54.05 $13,307.44;  Claim# 18; Filed: $13,307.44 | 7100-000 | | | 0.00 |

| | Receipts | Disbursements | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,000.00 | 5,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.00** | **$5,000.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9066** | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |